RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
Nevada State Bar No. 14591
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Dwayne Harold Larry

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DWAYNE HAROLD LARRY,<br><br>　　　　　Defendant. | Case No. 2:21-mj-00681-EJY<br><br>**STIPULATION TO CONTINUE BENCH TRIAL**<br>(FIRST REQUEST) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Dwayne Harold Larry, that the bench trial currently scheduled on November 24, 2021 at 9:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than six (6) months.

This Stipulation is entered into for the following reasons:

1. The parties have determined this case will likely enter litigation and trial. Defense counsel needs additional time to review discovery and research potential pretrial motions. As defense counsel anticipates filing pretrial motions, a six month continuance is appropriate to give the Court adequate time to rule on any dispositive motions before the trial date.

2. Mr. Larry is not incarcerated and agrees to this continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for a continuance of the Bench Trial.

DATED this 18th day of November 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Benjamin F. J. Nemec*<br>By_____<br>BENJAMIN NEMEC<br>Assistant Federal Public Defender | */s/ Rachel Kent*<br>By_____<br>RACHEL KENT<br>Special Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DWAYNE HAROLD LARRY,<br><br>    Defendant. | Case No. 2:21-mj-00681-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, November 24, 2021 at 9:00 a.m., be vacated and continued to May 18, 2022 at the hour of 9:00 a.m. in Courtroom 3D.

DATED this 18th day of November 2021.

_____
UNITED STATES MAGISTRATE JUDGE