**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DWAYNE HAROLD LARRY,<br><br>    Defendant. | Case No. 2:21-mj-00681-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, July 27, 2022 at 9:00 a.m., be vacated and continued to August 31, 2022 at the hour of 9:00 a.m. in Courtroom 3D.

DATED this 27th day of July 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3