**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00681-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| DWAYNE HAROLD LARRY, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the defendant shall have until July 28, 2023 to complete the DUI Awareness Course.

DATED this 12th day of June, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3